

GOLDSMITH & HULL/File #C100-05692, C100-05693 and C100-05694
A Professional Corporation
Jack D. Hull    (091870)
16000 Ventura Blvd., Suite 900
Encino, CA 91436-2760
Tel.: (818) 990-6600
Fax: (818) 990-6140

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    ) CASE NO. CV04-09241 AHM (PLAx)
                             )
            Plaintiff,       )
                             )
v.                           ) DEFAULT JUDGMENT
                             )
DALJIT K. SONI,              )
                             )
            Defendant.       )
_____)

In the above-entitled action the Clerk of this Court having entered a default against Defendant(s) DALJIT K. SONI, on **JUNE 06, 2005** for failure to respond or appear; and a declaration on behalf of Plaintiff having been filed which satisfies the requirements of F.R.Civ. P. 55(b),

IT IS ADJUDGED that Plaintiff, United States of America, shall have and recover from Defendant(s) DALJIT K. SONI, the principal amount of $11,386.91, $3,488.73 accrued interest to June 22, 2005, for claim number one; the principal amount of $22,542.67, $7,517.95 accrued interest to June 22, 2005, for claim number two; the principal amount of $16,284.33, $5,433.11 accrued interest to June 22, 2005, for claim number three; administrative cost of $397.80 for claim number one; administrative cost of $793.58 for claim number two; administrative cost of $573.57

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d)

1  for claim number three; $182.50 court cost, plus $3,608.56 attorneys fees, for a total

2  of $72,209.71 plus interest from June 22, 2005, at the rate of $1.13 per day for claim

3  number one; $2.47 per day for claim number two; $1.78 per day for claim number

4  three, to date of entry of judgment. Judgment to accrue interest at the legal rate until

5  paid.

6

7  DATE:____JUN 2 4 2005          SHERRI R. CARTER, CLERK OF THE COURT
                                  U.S. District Court Central District of California
8

9

10

11

12  BY: _____
13      DEPUTY CLERK

14