GOLDSMITH & HULL/Our File #:10005692
A Professional Corporation
WILLIAM I. GOLDSMITH  (SBN 82183)
16933 PARTHENIA STREET
NORTHRIDGE, CALIFORNIA 91343
Tele: (818) 990-6600 Fax : (818) 990-6140
**govdept1@goldsmithcalaw.com**

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | **COURT NO.** CV04-9241 AHM (PLAx) |
|---|---|---|
| Plaintiff, | ) | |
| VS. | ) | **SATISFACTION OF JUDGMENT** |
| DALJIT K. SONI | ) | |
| Defendant. | ) | |

TO THE ABOVE-ENTITLED COURT:

Satisfaction is hereby acknowledged of said judgment, entered on June 24, 2005, in favor of the United States of America, and against DALJIT K. SONI and the Clerk is hereby authorized and directed to enter a Full Satisfaction of record in the said action.

DATED: July 22, 2014                    GOLDSMITH & HULL, P.C.

                                                            /S/
                                        William I. Goldsmith
                                        ATTORNEY FOR PLAINTIFF

CERTIFICATE OF MAILING

I Sonia Molina, declare:

     That I am employed in the LOS ANGELES COUNTY, CA; that my business address is 16933 PARTHENIA STREET, NORTHRIDGE, CALIFORNIA 91343; that I am over the age of 18 years, and am not a party to the above-entitled action;

     That I am employed by GOLDSMITH & HULL, P.C. who is/are a member of the Bar of the United States District Court for the Central District of California, at whose direction the service of mail described in this Certificate was made; that I deposited in the United States mail, in the above entitled action, in an envelope bearing the requisite postage, a copy of SATISFACTION OF JUDGMENT, addressed to:

DALJIT K. SONI, et al.
***** **** *****
Hacienda Heights CA *****

at his/her last known address, at which place there is a delivery service by the United States Mail.

     This Certificate is executed on   July 22, 2014  at NORTHRIDGE, CALIFORNIA.

     I certify under penalty of perjury that the foregoing is true and correct.

                                                  /S/
                                        Sonia Molina